IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON SYID HOLLIS

            Plaintiff,                     No. CIV S-07-0872 ALA P

   vs.

J.A. WONG,

            Defendant.           <u>ORDER</u>

_____/

          Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of June 18, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

          1.  Plaintiff's July 18, 2007 request for an extension of time is granted; and

          2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: August 9, 2007

                                  <u>/s/ Arthur L. Alarcón</u>
                                  UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation