IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON SYID HOLLIS,

     Plaintiff,                    No. CIV S-07-0872 ALA P

  vs.

J.A. WONG,

     Defendant.         <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On June 15, 2007, Plaintiff's complaint was dismissed and Plaintiff was granted thirty days to file an amended complaint. On July 12, 2007, Plaintiff requested an extension of time to file his amended complaint. On August 9, 2007, this court granted Plaintiff an additional thirty days in which to file an amended complaint. Plaintiff has failed to do so.

     Therefore, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: September 13, 2007

                                      <u>Arthur L. Alarcón</u>
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation